JS-6

Brian S. Letofsky, Esq. (SBN 159232)
Michelle M. Lambre, Esq. (SBN 136339)
WATKINS & LETOFSKY, LLP
2900 S. Harbor Boulevard, Suite 240
Santa Ana, CA 92704
Telephone: (949) 476-9400
Facsimile: (949) 476-9407

Attorneys for Plaintiff, STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TOTO U.S.A., INC., a Delaware corporation; WATTS WATER TECHNOLOGIES, INC., a foreign corporation; and DOES 1-20, Inclusive,<br><br>Defendants. | Case No. 2:22-cv-8927-KK-SKx<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION (FRCP 41) (a)**<br><br>[Filed Concurrently With [Proposed] Order] |

**ORDER OF DISMISSAL**

On October 1, 2024, Plaintiff filed a Request for Dismissal of the Entire Action based on the parties reaching a settlement. The Court, having considered the Stipulation and finding good cause, hereby GRANTS the request and issues the following ORDER: Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41 (a) (1) (ii), IT IS ORDERED THAT THIS ENTIRE ACTION BE, AND HEREBY IS,

DISMISSED WITH PREJUDICE as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated: October 3, 2024

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE