# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TOTO U.S.A., INC., a Delaware corporation; WATTS WATER TECHNOLOGIES, INC., a foreign corporation; and DOES 1-20, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-8927-KK-SKx<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY ORDERED** that based on the parties having reached a settlement in this matter and have stipulated under Federal Rule of Civil Procedure § 41 (a) (1) (ii), that this entire action be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: November 21, 2024

_____
Honorable Kenly Kiya Kato
United States District Judge